# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

PROVIDED TO
JACKSON C.I. ON

JUL 07 2026

## CIVIL RIGHTS COMPLAINT FORM FOR
FOR MAILING JC

## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

John Clark III ,

8:26-CV-2002-KKM-LSG

Inmate ID Number: K54757 ,

JUL 13 2026 PM 2:28
FILED - USDC - FLMD - TPA

(*Write your full name and inmate ID
number.*)

v.

Tiffan Porter Classification

Inside Grand Officer D. Garcia ,



Case No.: _____
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☑ YES  ☐ NO

_____ ,

(*Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.*)

_____/



## I. PARTIES TO THIS COMPLAINT

A. **Plaintiff**

Plaintiff's Name: John Clark III ~~Tiffan Porter~~    ID Number: K541757

List all other names by which you have been known: 2pac, JDogg J.C.

Current Institution: Jackson Correctional Institution

Address: ~~8100 Hwy 64 East~~ 5563 10th Street ~~Avon Park, FL 33831~~ Malone, FL 32445-3144

B. **Defendant(s)**

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for **each and every** Defendant:

1. Defendant's Name: Tiffan Porter

   Official Position: Classification officer

   Employed at: Avon Park Main Unit

   Mailing Address: 8100 Hwy 64 East

   Avon Park, FL 33831

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: D. Garcia

Official Position: Inside Grounds Officer

Employed at: Avon Park Main Unit

Mailing Address: 8100 Hwy 64 East

Avon Park, FL 33831

□ Sued in Individual Capacity          ☑ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

□ Sued in Individual Capacity          □ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☒ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

On December 23rd 2025, I received informal grievanc log# 503-2512-0027, Approved, with Two DR hearing information attached, DR log#'s 503-251331 & 503-251335. On 12/26/2026, informal grievance log# 503-2512-0137, was sent out on December 29th 2025, which is on a Monday the following work day in pursaunt to Ch.33-103.006 FAC. Tiffan Porter Violated 1st and 5th, and 14th Amendment of due process. See Attached grievance log#'s 26-6-03808 and 26-6-44100. D. Graccia, delivered me a DR on 12/8/2025, and deliveredly put the wrong Date on the DR log# 503-251-331. This is also a violation of my 5th & 6th, and 14th Amendment of due process. See Attached grievance log#'s 26-6-044105 and 26-6-04441. Also, Violation of My 1st Amendment for a fair Hearing and 8th Amendment for Mental anguish.

**Statement of Facts Continued** (*Page  1  of  5  *)

on December 23rd is when I received DR hearing information for DR log#'s 503-251331 and 503-251335, eleven days after my DR Hearing attached to an informal that I had filed on December 9th or 8th, for DR log#503.251291, which I went to a DR Hearing on 12-5-2025, for, and did not recieve my DR hearing Information within the allowable 24 hour time frame, which was approved by Head Classification K. price on 12/19/2025. K. Price attached Both DR Hearing information for DR Hearing on 12-12-25 Which was receive on 12/23/25, eleven day after my DR Hearing on 12/12/25. That's when I filed informal grievance log#503.2512-0137 and was denied of an untimely grievance, when I was timely. The 27th of December fail on a Saturday which means the following next work day, it is to be turned in and accepted per ch 33-103.006 FAC. I was denied all the way to Tallahassee, See Attached Exhibits.

V. Continuance of Statement of Claims.   Page 7

falls on a weekend or holiday, the due date shall be the next regular work day. Tiffan Porter denied my informal grievance relating to an untimely Disciplinary Hearing information in which they had 24 hours per Ch33-601 FAC to furnish me a copy. This was violation of due process. I asked for Remedy Sought. To overturn DR log #'s 503-251331 - 503-251335, restore all forfeited gaintime, visitation privileges, and Dismiss from Institutional Records all references to Disciplinay Report log # 503-251331 - 503-251335, and was denied all Exhaustions of Remedies. Tiffan Porter violated my 1st Amendment for a fair hearing in overturning my DR, and my 5th Amendment for due process through Florida Administration code, and my 8th Amendment causing stress and mental anguish by Violating Rules of Chapter 33 and recomending me to an AMU facility when I did not qualify. Officer D. Garcia violated my 1st Amendment by falsifing the date of delivery of charges in which I was denied of a fair Administrative Appeal, my 5th

Amendment of due process, and my 8th Amendment of stress and mental anguish by draging me through a process that could have been overlooked by not falsifing a report/document and engaging in Administrative conduct by violating the rules of Ch 33 FAC.

Tifan Portor Also. recommended me to an AMU faculty for DR log#'s 503-251331 - 503-251335, when she could have followed the rules of Ch33-601.Fac, overturned both Disciplinary Reports, but instead falsified an AMU recommendation to transfer me from Avon park. The nature of Relief Requested Officer D. Garcia, pay punitive damages of $ 20,000, for excluding all witnesses falsifing delivery date of Disciplinary Report violating my 1st 5th and 8th Amendments; to engage in the sentencing I received and the recommendation of an AMU program that I did not qualify for.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The Defendant Tifan Porter violated my 1st, 5th, and 8th by dening that I was untimely by filing an informal grievance log# 503-2512.0137, that was received on the 29th of December 2025 stating December 27th 2025, was my deadline which failed on a Saturday. Ch 33-103.006 states, If the 15th day

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

The nature of Relief Requested that the defendant Tifan Porter Pay Money damages, Punitive damages of 20,000, for violating the rule of Code of Personnel's conduct and my 1st, 5th, and 8th Amendments, when could have been avoided.

VII  Exhaustion Of Administrative Remedies
The plaintiff has exhausted all of his Administative Remedies in respect to all claims. ~~and has requested the~~ See Attached Grievances

Relief Sought: WHEREFORE, plaintiff respectfully request that this Honorable Court grant the following Relief:

A. The Honorable Judge make the following declatory Judgements:
1. The actions of all defendants violated the ~~Eighth~~ 1st, 5th, and 8th Amendment of the United States Constitution.
2. The action of defendants violated my Constitutional Right of Due Process

B. Issue Compensatory damages in the following amounts:
1. $45.000,00 Jointly or severly against all defendants for violating his 1st, 5th, and 8th Amendments and Constitutional Rights.

C. Issue punitive damages in the following amounts:
1. Defendant Tifan Porter  $20.000,00
2. Defendant D. Garcia  $20.000,00

D. Trial by Jury.

E. Availibility to Amend complaint after full names are discovered in discovery Investigation.

F. Oder that the defendants are personally responsible for all Court cost and relevant Attorney fees.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION: *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

***This section requires you to identify your prior litigation history.  Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case.  You should err on the side of caution if you are uncertain whether a case should be identified.***

**ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while***

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES    ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 2/16/2017/03/09/17 Case #: 8117-cv-262-T-35MAP

   Court: United States District Court Middle District of Florida Tampa Division

   Reason: Denied as Moot

2. Date: 1/06/2026 Case #: 8:25-cv-3536-JLB-LSG

   Court: United State District Court middle District of Florida Tampa Division

   Reason: Class Action, Dismissed without Prejudice

3. Date: 2/18/2020 Case #: N/A

   Court: United State District Court middle District of florida Tampa Division.

   Reason: Untimely

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☑YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: ___N/A___ Parties: _K. price, L.T. Dallas willis_

   Court: _Civil Law 9000 Broward_ Judge: ___N/A___

   Date Filed: 12/29/25 Dismissal Date (*if not pending*): _3/1/2026_ N/A

   Reason: _Exhaustion of Remidies / Dismissed w/o prejudice_

2. Case #: 8:26-cv-00202-SDM Parties: _K price, L.T. Dallas willis_
   N/A

   Court: _Middle District Tampa Division_ Judge: _____

   Date Filed: 1/29/2026 Dismissal Date (*if not pending*): _Pending_

   Reason: ___N/A___ _Forma Paupris / 6 mo Banking Statement_

   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: _8:26-cv00203-JLB_ Parties: _Rachel Rock ET'AL_
   Court: _middle District Tampa Division_ Judge: _Magistrate Lindsay S. Griffin_
   Date Filed: _4/28/2026_ Dismissal Date (*if not pending*): _Pending_
   Reason: _U.S Marshall to Serve process by certified Mail_

2. Case #:_____ Parties: _____
   Court:_____ Judge: _____
   Date Filed:_____ Dismissal Date (*if not pending*): _____
   Reason: _____

3. Case #:_____ Parties: _____
   Court:_____ Judge: _____
   Date Filed:_____ Dismissal Date (*if not pending*): _____
   Reason: _____

4. Case #:_____ Parties: _____
   Court:_____ Judge: _____
   Date Filed:_____ Dismissal Date (*if not pending*): _____
   Reason: _____

5. Case #:_____ Parties: _____
   Court:_____ Judge: _____
   Date Filed:_____ Dismissal Date (*if not pending*): _____
   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   **(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 7/1/26    Plaintiff's Signature: _John Clark III_

Printed Name of Plaintiff: _John Clark III_

Correctional Institution: _____

Address: _____

_____

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the _1st_ day of _July_, 20_26_

Signature of Incarcerated Plaintiff: _John Clark III_

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

13